

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01091-CV

Sonja A. **CAMPBELL**,
Appellant

v.

Craig **GOECKERITZ** and Rachel Goeckeritz,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC1378
Judge Sandee Bryan Marion, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against the appellant.

All pending motions are DENIED as moot.

SIGNED December 11, 2024.

_____
Lori I. Valenzuela, Justice